**514-15**

# ELECTRONIC RECORD

COA #   12-14-00027-CR                    OFFENSE:  31.03

STYLE:  William Grant Dorsett v. The State
of Texas                                  COUNTY:  Henderson

COA DISPOSITION:   AFFIRMED               TRIAL COURT:  173rd District Court

DATE: 3/31/2015          Publish: NO    TC CASE #:    B-19,825

## IN THE COURT OF CRIMINAL APPEALS

STYLE:  William Grant Dorsett v. The State
of Texas                                  CCA #:  **514-15**

_____ *APPELLANT'S* Petition             CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:       DATE:  _____

_____ *REFUSED* _____           JUDGE:  _____

DATE:  *10/14/2015*                       SIGNED: _____          PC: _____

JUDGE:  *Per Curiam*                      PUBLISH: _____          DNP: _____

--------------------------

_____ MOTION FOR

REHEARING IN CCA IS:  _____

JUDGE:  _____

**ELECTRONIC RECORD**